NUMBER 13-02-329-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


THE ESTATE OF ROY C. TURCOTTE, DECEASED , Appellant,



v.




TOY BETH TURCOTTE , Appellee.

____________________________________________________________________


On appeal from the 148th District Court

of Nueces County, Texas.

____________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam




 Appellant, THE ESTATE OF ROY C. TURCOTTE, DECEASED , perfected an appeal from a judgment entered by the
148th District Court of Nueces County, Texas, in cause number 00-2822-E . After the record and briefs were filed and
after the cause was set for submission and oral argument, appellant filed an unopposed motion to dismiss the appeal as
moot. In the motion, appellant states that the parties have settled and compromised all claims existing between them in this
appeal. Appellant requests that the Court dismiss the appeal. 

 The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal as moot, is of
the opinion that the motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 5th day of June, 2003 .